Thomas S. Morgan, Law Offices of Thomas S. Morgan, Midland, TX, for Defendant–Appellant.

Before BENAVIDES, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Thomas Madison Tubbs presents arguments that he concedes are foreclosed by *United States v. Harrimon*, 568 F.3d 531 (5th Cir.2009), which held that the Texas state offense of evading arrest or detention by use of a vehicle is a violent felony under the Armed Career Criminal Act (ACCA). Recently, the Supreme Court validated our decision in *Harrimon* by holding that a conviction under Indiana's felony vehicle flight law constituted a violent felony under the ACCA. See *Sykes v. United States*, ––– U.S. –––, 131 S.Ct. 2267, 2277, 180 L.Ed.2d 60 (2011).

Accordingly, the Government's motion for summary affirmance is GRANTED and the judgment of the district court is AFFIRMED.

UNITED STATES of America, Plaintiff–Appellee

v.

Eduardo OROZCO–GOMEZ, Defendant–Appellant.

No. 10–51103
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 21, 2011.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Victor Manuel Serrano, Esq., El Paso, TX, for Defendant–Appellant.

Before BENAVIDES, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Eduardo Orozco–Gomez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Orozco–Gomez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under